UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
|---|---|
| v. | Mag. No. 13-2523 (DEA) |
| HANNAH ROBERT | **ORDER FOR CONTINUANCE** |

RECEIVED OCT 02 2013 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant U.S. Attorney, appearing), and defendant HANNAH ROBERT (Marc Neff, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 45 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to continue plea negotiations and attempt to finalize a plea agreement, the parties having sought three prior continuances (of 60 days, 60 days, and 30 days), and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's initial appearance on the complaint, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation and investigation of this matter;

(2) Plea negotiations are currently in progress, the United States has made a written plea offer dated September 30, 2013, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2nd day of October 2013,

ORDERED that this action be, and hereby is, continued for a period of 45 days from October 2, 2013, to November 15, 2013; and it is further

ORDERED that the period from October 2, 2013, through November 15, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
JOHN E. CLABBY
Assistant U.S. Attorney

_____
HARVEY BARTLE
Attorney-in-Charge, Trenton Office

_____
MARC NEFF
Counsel for defendant HANNAH ROBERT

2